UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MELANIE MOORE

VERSUS

SPARTA INSURANCE CO.,
ET AL

CIVIL ACTION

NUMBER 13-366-JJB-SCR

**NOTICE**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.
In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, August 12, 2013.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MELANIE MOORE

CIVIL ACTION

VERSUS

NUMBER 13-366-JJB-SCR

SPARTA INSURANCE CO.,
ET AL

### MAGISTRATE JUDGE'S REPORT

Before the court is the Plaintiff's Motion to Remand. Record document number 2. The motion is opposed.[1]

Plaintiff moved to remand this case to the state court for one reason: the joinder of Megan Barnum, a Louisiana citizen, would destroy diversity, which is the only basis for the court's subject matter jurisdiction. However, the plaintiff's motion to join Barnum was denied.[2]

### RECOMMENDATION

It is the recommendation of the magistrate judge that the Plaintiff's Motion to Remand be denied.

Baton Rouge, Louisiana, August 12, 2013.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 5.

[2] Record document number 8, Ruling on Motion for Leave to Amend Complaint.