UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MELANIE MOORE

VERSUS

SPARTA INSURANCE CO., ET AL.

CIVIL ACTION

NO. 13-366-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 12, 2013 (doc. no. 9). The plaintiff filed an objection which merely restates her prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion to remand (doc. no. 9) is DENIED.

Baton Rouge, Louisiana, this 3rd day of September, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA